UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH FISCHER, et al.,

                      Plaintiffs,                  **ORDER**
           -against-                           CV 05-6055 (JS)(ARL)

TOWN OF BROOKHAVEN, et al.,

                      Defendants.
-----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      The parties have submitted their proposed Joint Pretrial Order. After examination of the order, the court finds that it substantially complies with District Judge Seybert's requirements.

      Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge Seybert.

Dated: Central Islip, New York          **SO ORDERED:**
       June 28, 2007

                                                         _____/s/_____
                                                          ARLENE R. LINDSAY
                                                          United States Magistrate Judge